IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                              No. 4:12-cr-52-DPM-1

DONTA STOKES a/k/a Tay                                                DEFENDANT

ORDER

On 24 February 2012, the Court granted Stokes's unopposed motion for mental evaluations pursuant to §§ 4241(a) and 4242(a). *Document No. 10.* The Court has since received the facility designation where Stokes's psychiatric or psychological evaluations will take place. The United States Marshal is directed to immediately transport Stokes to the Federal Correctional Institution in Fort Worth, Texas.

Under 18 U.S.C. § 4247(b) and (c), Stokes is committed to the custody of the Attorney General, or his authorized representative, for a period not to exceed thirty days for a psychiatric or psychological examination and report under 18 U.S.C. § 4241(a) and for a period not to exceed forty-five days for a psychiatric or psychological examination and report under 18 U.S.C. § 4242(a). At the end of the examination period, the United States Marshal is directed to transport Stokes back to this District forthwith.

Based on 18 U.S.C. § 4247(c), the facility conducting the examination will file a report with this Court with copies to Stokes's counsel and the Government. Within eleven days of the Court and the parties receiving the examination report, any party who requests a hearing regarding any issues in the report or opposes the report must file a motion for a hearing or a motion in opposition, including a concise statement of opposition to the report and supporting authorities. If no motions are filed within eleven days, the Court will enter an Order about the conclusions set forth in the report.

The period of delay occasioned by these examinations is excluded under 18 U.S.C. § 3161(h)(1)(A) and (F), provisions of the Speedy Trial Act.

So Ordered.

*DPMarshall J.*
D.P. Marshall Jr.
United States District Judge

16 March 2012