IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                            No. 4:12-cr-52-DPM-1

DONTA STOKES a/k/a Tay                                      DEFENDANT

ORDER

The indictment in this case is dismissed without prejudice on the Government's motion, *Document No. 67*.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

14 March 2013